Flora D. Seefeld and Rex Ruppa, Appellants, v. Theodore C. Baer et al., Appellees.

Gen. No. 43,951.

opinion filed May 19, 1947; released for publication June 3, 1947. Maurice L. Davis, for appellants; Poppenhusen, Johnston, Thompson & Raymond, Franklin J. Stransky and Epstein, Arvey, Ziffren & Mantynband, for appellees; Albert E. Jenner, Jr., Franklin J. Stransky and Louis M. Mantynband, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.